Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA JULIAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and CITIGROUP LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.: EDCV13-00252 JGB (SPx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE [FRCP 41(a)(1)]**<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed: February 8, 2013 |

# ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: June 10, 2014

Hon. Jesus G. Bernal
United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800